THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
COUNCIL BLUFFS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GRIFFIN PIPE PRODUCTS<br>CO., LLC<br><br>    Defendant. | Civil Action No.  1:14-cv-00027-JAJ-RAW |

**UNOPPOSED MOTION FOR MISCELLANEOUS RELIEF /
NOTICE OF LODGING OF PROPOSED CONSENT DECREE**

Plaintiff, the United States of America, respectfully informs the Court that pursuant to 28 C.F.R. § 50.7, the United States is lodging a proposed Consent Decree with the Court that has been agreed to and signed by all of the parties to this action.  The Consent Decree is being lodged contemporaneously with the filing of the Complaint in this action, and the Decree settles all of the claims alleged in the Complaint.  The proposed Consent Decree is attached to this Notice.  No action is required by the Court at this time.

Final approval by the United States and entry of the proposed Consent Decree is subject to the Department of Justice's requirements set forth at 28 C.F.R. § 50.7 which provides, inter alia, for notice of the lodging of this Consent Decree in the Federal Register, an opportunity for public comment, and consideration of any comments.

During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7 for this Consent Decree, no action is required of this Court.  After the close of the

comment period and review of any new information by the Department of Justice, we will contact the Court with respect to any future action regarding the entry of this Consent Decree.

          Respectfully submitted,

          THOMAS A. MARIANI, JR.
          Deputy Section Chief
          Environmental Enforcement Section
          Environment and Natural Resources Division
          U.S. Department of Justice

Dated:   9/25/2014     /s/ Cynthia M. Ferguson
          CYNTHIA M. FERGUSON, MD Bar No. N/A
          Senior Litigator
          Environmental Enforcement Section
          Environment and Natural Resources Division
          U.S. Department of Justice
          P.O. Box 7611
          Ben Franklin Station
          Washington, D.C. 20044-7611
          Telephone: (202) 616-6560
          Facsimile: (202) 514-8865
          E-mail: Cynthia.Ferguson@usdoj.gov

          LOCAL COUNSEL:
          NICHOLAS A. KLINEFELDT
          United States Attorney
          Southern District of Iowa

          RICHARD ROTHROCK
          Assistant United States Attorney
          Southern District of Iowa
          P.O. 18877
          Council Bluffs, Iowa 51502
          Telephone: (712) 256-5009
          Email: Richard.Rothrock@usdoj.gov

OF COUNSEL:
ANNE RAUCH
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 7
901 N. 5th Street
Kansas City, KS  66101

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the  25th  day of September, 2014, I filed the foregoing **MOTION FOR MISCELLANEOUS RELIEF / NOTICE OF LODGING OF A PROPOSED CONSENT DECREE** electronically through the CM/ECF system.  The following Parties / Counsels were served via USPS first class priority:

Leonid Feller
Kirkland & Ellis LLP
300 North LaSalle Dr.
Chicago, IL  60654
Telephone: (312) 862-2954
Fax: (312) 862-2200
leonid.feller@kirkland.com

Granta Y. Nakayama, P.C.
Environmental Counseling and Litigation
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington D.C. 20005
Telephone: (202) 879-5074
Fax: (202) 654-9480
granta.nakayama@kirkland.com